No. 206, Misc. LONG v. DISTRICT COURT OF IOWA, IN AND FOR LEE COUNTY. Sup. Ct. Iowa. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari is also granted limited to the following question:

"Did the refusal of the state trial court to provide a transcript for the petitioner, solely because state law made no provision for furnishing of a transcript without the payment of a fee, deny the petitioner the opportunity to obtain full appellate review of the trial court's denial of the petitioner's petition for a writ of habeas corpus and thereby deprive the petitioner of the equal protection of the laws?"

Case transferred to appellate docket. Petitioner *pro se. Lawrence F. Scalise,* Attorney General of Iowa, and *Don R. Bennett,* Assistant Attorney General, for respondent.

No. 684. SID RICHARDSON CARBON & GASOLINE CO. *v.* MOORE CO. OF SIKESTON, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied. *Rufus S. Garrett, Jr.,* for petitioner. *Paul B. Rava* and *John H. Lashly* for respondents.

No. 822. ENGLAND *v.* AUTOMATIC CANTEEN CO. OF AMERICA. C. A. 6th Cir. Certiorari denied. *Lyman Brownfield* and *Phillip K. Folk* for petitioner. *Earl F. Morris* and *Kenneth E. Scranton* for respondent.

No. 829. CITY OF COLUMBUS *v.* ROYAL ET AL. Sup. Ct. Ohio. Certiorari denied. *Alba L. Whiteside* for petitioner. *James C. Britt* for respondents.